

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2019

No. 04-19-00159-CR

Alfred **CASAREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-0358-CR-C
Honorable William Old, Judge Presiding

# O R D E R

On February 7, 2019, the trial court ordered that the determinate sentence probation supervision of A.C., then a juvenile, be transferred to the appropriate district court. *See* TEX. FAM. CODE ANN. § 54.051. On February 14, 2019, the trial court provided the defendant with a copy of the judgment and the terms and conditions of community supervision. The trial court did not complete a certification of defendant's right to appeal.

On February 25, 2019, Appellant filed a notice of appeal.

"Section 56.01 of the Texas Family Code sets out a child's right to appeal a juvenile court's orders and describes which of those orders are appealable." *In re J.H.*, 176 S.W.3d 677, 679 (Tex. App.—Dallas 2005, no pet.); *see* TEX. FAM. CODE ANN. § 56.01. "An order transferring a juvenile's probation to an adult district court is not an appealable order." *In re T.D.S.*, No. 14-11-00005-CV, 2011 WL 2474056, at *1 (Tex. App.—Houston [14th Dist.] June 23, 2011, pet. denied) (mem. op., not designated for publication) (citing *In re J.H.*, 176 S.W.3d at 679).

We ORDER Appellant to SHOW CAUSE in writing within FIFTEEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction.

All other deadlines in this appeal are SUSPENDED pending further order of this court.

If Appellant fails to respond, this appeal will be dismissed without further notice.

_____
Patricia O. Alvarez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court